DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY GROOVER,**
Appellant,

v.

**SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA,**
Appellee.

No. 4D2023-0018

[February 15, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. Samantha Schosberg Feuer, Judge; L.T. Case No. 502015CA012271.

Isidro M. Garcia of Garcia Law Firm, P.A., West Palm Beach, for appellant.

Sean Fahey, Office of General Counsel, School Board of Palm Beach County, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***